**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE APPLICATION FOR AN EX PARTE      MISCELLANEOUS BUSINESS
ORDER ENFORCING A SUBPOENA      DOCKET NO. 23-91302

**CARNIVAL CORPORATION'S APPLICATION FOR AN ORDER FOR
ENFORCEMENT OF A DEPOSITION SUBPOENA ISSUED BY THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FOR THE
CONTINUED DEPOSITION OF MS. SARIYAH MURRAY IN THIS DISTRICT**

Now comes the Applicant, Carnival Corporation d/b/a Carnival Cruise Lines (hereinafter "Carnival"), the Defendant in an action titled *J.F. v. Carnival Corp*., bearing Civil Action No. 22-cv-21332-Martinez/Becerra, and pending in the United States District Court for the Southern District of Florida, Miami Division, by and through its undersigned local counsel, Clinton & Muzyka, P.C., and pursuant to *Local Rule 40.4 (a)(2)* (Emergencies and Special Proceedings) respectfully moves this Honorable Court to enforce a subpoena for the continued deposition of Ms. Sariyah Murray (hereinafter "Murray"). Carnival seeks an Order compelling Murray to appear for her continued deposition via remote Zoom video conference. Murray testified that she resides at 34 Jackson Street, Brockton, Massachusetts, and this Court has personal jurisdiction over her to enforce the subpoena and compel her continued appearance at deposition. ***Fact discovery in this matter ends on June 15, 2023, with a trial date set for October 23, 2023***.

In further support of this Application, Carnival states as follows:

1.     The underlying case pending in the Southern District of Florida involves the alleged sexual assault and battery of a passenger and minor, Plaintiff J.F., on or about August 27, 2019 (the "incident"), while she was on board the *M/S HORIZON*, a cruise ship operated by Carnival. *See Plaintiff's Complaint attached hereto, at **Exhibit 1***.

2.      The Complaint sounds in tort and seeks damages for the alleged negligence of Carnival.

3.      Murray, a minor at the time of the incident, and Massachusetts resident, was also a passenger on board the *M/S HORIZON*, at or around the time of the incident.  Murray was a non-party percipient fact witness to the alleged incident and should have knowledge or information bearing directly on Plaintiff's claims, and has already testified, in part, to that knowledge and information.

4.      Pursuant to Defendant's Notice of Taking Videotaped Deposition Duces Tecum, and accompanying deposition subpoena, Murray appeared in person for her deposition on February 17, 2023 at O'Brien Levine Court Reporting, 68 Commercial Wharf, Boston, Massachusetts, with attorneys for the parties appearing remotely from Florida via Zoom Videoconference.  *See Defendant's Notice of Deposition and Subpoena at **Exhibit 2**, and Deposition Transcript at pp. 1-5, at **Exhibit 3**.*

5.      The deposition commenced at or about 10:04 a.m.

6.      During the course of cross-examination of Murray by Plaintiff's counsel, a short break was taken at approximately 11:43 a.m.  After the break, Murray refused to return to complete her deposition.  Murray further announced that she would not return to complete her deposition. Despite repeated requests from counsel to return, and reminders to her that she was under subpoena, Murray then departed the 68 Commercial Wharf, Boston, Massachusetts location and did not return. *See Deposition Transcript at pp 88-114, at **Exhibit 4**.*

7.      In light of Murray's refusal to complete her deposition, and upon Motion of Plaintiff's counsel, an Order to Show Cause issued from the United States District Court, Southern

District of Florida, Miami Division, by the Honorable Jacqueline Becerra, United States Magistrate Judge. *See Order To Show Cause Dated March 16, 2023, at* **Exhibit 5.**

8.      The Order directed Murray to Show Cause at a hearing before Magistrate Judge Becerra on April 5, 2023 at 10:00 a.m. as to why she should not be held in contempt for failing to complete her deposition. The Order further presented that if Murray appeared for and completed her deposition before April 5, 2023, she shall so advise the Court and the Show Cause hearing will be canceled.  ***Id.***

9.      Plaintiff's counsel, in turn, served an Amended Re-notice of Deposition for April 3, 2023, and the Court's Order to Show Cause on Murray via certified mail, email, and text (to both Murray and her father), and further attempted to serve Murray via process server.  *See Plaintiff's Notice of Filing Proof of Service with attached Proof of Service Correspondence, at* **Exhibit 6.**

10.     Murray failed to appear for her continued deposition on April 3, 2023, and further failed to appear for the Show Cause Hearing scheduled for April 5, 2023.  ***Id.  See also Certificate of Non-Appearance In Re: Deposition of Sariyah Murray,* at Exhibit 7.**

11.     At the Show Cause Hearing held on April 5, 2023, Magistrate Judge Becerra, citing "jurisdictional concerns," denied Plaintiff's counsel's motion to hold Murray in contempt for failing to complete her deposition, and for her failure to appear at the Hearing.  *See Paperless Order Memorializing Show Cause Hearing, at* **Exhibit 8.**

12.     In light of this most recent Order of the Court in the Southern District of Florida, Carnival seeks, pursuant to Fed. R. Civ. P. 45(g), an Order from this Honorable Court compelling Murray to complete her deposition by May 30, 2023, failing which she will be held in contempt of this Court.   ***A PROPOSED ORDER IS ATTACHED HERETO.***

WHEREFORE, Carnival Corporation, d/b/a Carnival Cruise Lines, respectfully prays that this Honorable Court issue an Order enforcing the deposition subpoena for Sariyah Murray, ordering her to complete her deposition on or before May 30, 2023 on pain of the sanction of contempt should she fail to comply.


Applicant,
CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES

By its attorneys,
**CLINTON & MUZYKA, P.C.**


***"/s/Gregg M. Lysko"***
**Gregg M. Lysko**
**BBO No. 566627**
**Thomas J. Muzyka**
**BBO No. 365540**
1 India Street, Suite 200
Boston, MA 02210
Tel:  617-723-9165
Fax: 617-720-3489
Email:  glysko@clinmuzyka.com
Email:  tmuzyka@clinmuzyka.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the foregoing documents was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2023.

*"/s/Gregg M. Lysko"*
**Gregg M. Lysko**