# EXHIBIT 4

1    questions; okay?

2                    Just a minute to find it.

3                    MR. SEITZ:  Nick, while you're

4            looking, can we take a three-minute break?

5                    MR. GERSON:  Sure.

6                    THE VIDEOGRAPHER:  All right.  Going

7            off the record at 11:43 a.m.

8                    (Thereupon, a short recess was taken.)

9                    THE VIDEOGRAPHER:  Okay.  Going back

10           on the record at 11:52 a.m.

11                   MR. GERSON:  Yeah, I just want to put

12           on the record that we were just asked to

13           take a five-minute break while I was in the

14           middle of questioning Ms. Murray, and when

15           we came back on the record, Ms. Murray,

16           what I understand, was on the phone and

17           said, "Have a nice day."

18                   MR. SEITZ:  So we have both reached

19           out to her, so I guess the record -- the

20           court reporter asked me to send an exhibit.

21           I dropped it -- in the exhibit.  And then,

22           yeah, the witness got up.  We have texted

23           her to tell her she needs to come back.  We

24           tried to call her cell, it went straight to

25           voicemail.  And Corinne, I believe you're

```
 1              trying to reach the office to stop her.
 2                   (Thereupon, Ms. Vo at this time has
 3              joined the Zoom line.)
 4                   MS. VO:  This is Mary Vo.  I'm out of
 5              O'Brien Levine in Boston.  I'm the
 6              supervisor here.  So I won't share any
 7              conversations that are off the record that
 8              I've heard, but she has left the office.
 9                   MR. GERSON:  Okay.  What is your name,
10              ma'am?
11                   MS. VO:  Mary, M-A-R-Y, last name is
12              Vo, spelled V as in Victor, O as in Oliver.
13                   MR. GERSON:  Mary Vo?
14                   MS. VO:  Yes.
15                   MR. GERSON:  And what is your date of
16              birth?
17                   MS. VO:  August 4, 1987.
18                   MR. GERSON:  And who do you work for?
19                   MS. VO:  This office, O'Brien
20              Levine/Magna.
21                   MR. GERSON:  Okay.  You're refusing to
22              tell me conversations that you overheard
23              Ms. Murray take -- just have?
24                   MS. VO:  Correct, because I don't know
25              if I'm allowed to.
```

1          MR. GERSON:  Well --

2          MS. VO:  Because Counsel --

3          MR. GERSON:  Let me explain to you

4     what's going to happen next.  If you don't

5     tell me, I'm going to issue a subpoena to

6     you to appear for a deposition to tell us.

7     I'd appreciate if you told me, first and

8     foremost, was she on a cell phone when she

9     was having this conversation?

10         MS. VO:  She was not on a cell phone.

11         MR. SEITZ:  I -- I don't -- look, for

12    the record, I don't have any objection, and

13    I'll state on the record, no one from this

14    office contacted her at any point during

15    this deposition, except to send that text

16    message to say, "Hey, you need to get back

17    in there," and also to try to call her cell

18    phone to tell her to return.  So...

19         MR. GERSON:  Ms. Vo, you're allowed to

20    tell us what you heard.  There's nothing

21    confidential about that.

22         MS. VO:  Even her comments about this

23    deposition?

24         MR. GERSON:  Yes.

25         MS. VO:  I would like to check in with

```
1              my management first, because I do have to
2              remain a neutral party.  It's just --
3                   MR. GERSON:  You are a neutral party.
4              You would just -- you're here.  Ms. --
5              Ms. Murray is in violation of a court
6              order.  She's just committed contempt, or
7              potentially in contempt for just walking
8              out of a deposition.  And I don't want to
9              have to go through the trouble of setting
10             you for deposition and then having you
11             testify more than, you know, telling me
12             what you heard, so it's on the record, and
13             then I don't have to bother you with it.
14                  Otherwise, you know, I will do that if
15             I have to, but I'd like to just know what
16             it was that you heard her say about the
17             deposition.  She was tired of it?  She
18             didn't like it?  What exactly?
19                  MS. VO:  That does not bother me, if
20             you have to subpoena me.  If you give me a
21             moment, I can talk to the attorneys at our
22             agency, and if they give me the green
23             light, I'll share that.  But having me
24             subpoenaed, I'm fine with that too.
25                  MR. GERSON:  Well, I'm trying to avoid
```

1        that.  I just -- I'm trying to understand

2        what happened.  Was there an emergency?

3        You said she -- it sounds like she was not

4        happy with -- with the deposition --

5              MS. VO:  Yes.

6              MR. GERSON:  -- ultimately, and she

7        just left.

8              MS. VO:  Correct.

9              MR. GERSON:  Did you see her on her --

10       was she on her phone at all?

11             MS. VO:  She was not on her phone.

12             MR. GERSON:  Was she on any phone?

13             MS. VO:  No.

14             MR. GERSON:  Was she texting?

15             MS. VO:  No.  Also, bear in mind, I

16       was in front of my computer desk when this

17       all happened.  So my eyes were not focused

18       on her.

19             MR. GERSON:  Go talk to your

20       supervisor so we can avoid having to go

21       through this process --

22             MS. VO:  Yeah.  Sure.

23             MR. GERSON:  -- of a subpoena and a

24       deposition, and then you're going to have

25       to hire a lawyer.  I would just like to

*Jeannie Reporting*
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

1       know what happened.  This is very
2       unusual --
3            MS. VO:  Uh-huh.
4            MR. GERSON:  -- for a witness just to
5       walk out in the middle of questioning when
6       it was obvious that I had more questions to
7       ask her.  So...
8            MS. VO:  Got it.  Yeah.  So give me a
9       brief moment.  I just have to get in touch
10      with my manager and then I'll pop right
11      back on.  So you can go off the record, on
12      the record --
13           MR. GERSON:  We can go off the record
14      while you go and -- and find out, explain
15      to them what happened.  And then tell them
16      -- just tell them we want to know what you
17      -- what you heard and what happened and
18      what your understanding is of why she left.
19           MS. VO:  Got it.  One moment.  I'll be
20      right back.
21           MR. GERSON:  Bill, have you got her
22      phone number, since you texted her?
23           THE VIDEOGRAPHER:  Sorry, do you want
24      to go off the record?
25           MR. GERSON:  No, we can go on the

1    record.

2            THE VIDEOGRAPHER:  Okay.  We're still

3    on the record.

4        MR. SEITZ:  I don't have it, but I can

5    get it.  Lauren has it.  She's just not on

6    the deposition.

7        MR. GERSON:  All right.  If you could

8    provide it to me, because I'd like my

9    office to call her, so...

10       MR. SEITZ:  Yeah.

11       MR. GERSON:  That is a first.  I'm

12   trying to think if that's ever happened

13   before.  No, I heard it happen, actually,

14   the other day --

15       MR. SEITZ:  I will give Nick the phone

16   number on the record, just so there's no

17   dispute here.

18           THE VIDEOGRAPHER:  We're still on the

19   video.

20       MR. SEITZ:  Nick, (857) --

21       MR. GERSON:  Yep.

22       MR. SEITZ:  -- 361-9404.  Again, that

23   is (857) 361-9404.

24       MR. GERSON:  All right.  Thank you.

25           THE VIDEOGRAPHER:  We're going off the

1    record at 11:59 a.m.

2              (Thereupon, a short recess was taken.)

3         MR. SEITZ:  So all right.  So as I

4    said earlier, we tried to both call and

5    text Sariyah as soon as she left.  Sariyah

6    has responded to Ms. Cabeza, my colleague,

7    quote, "I said everything I had to say.

8    I'm not answering any more questions.

9    Please don't reach out to me."

10        I have instructed Lauren to start a

11   new text chain and add Mr. Gerson or Paola

12   and to respond as follows:  "We appreciate

13   your time.  It won't be much longer.  But

14   if you do not go back and finish, then you

15   may be held in contempt of court.  Please

16   go back."

17        Paola, does that work?  That way

18   everyone's got a record of the

19   communication and I want to encourage her

20   to return.  Do you have any edits to that?

21        MS. GARCIA:  I don't, but I'm just

22   going to confirm with Nick before -- before

23   you send it.  Give me one second.

24        MR. SEITZ:  Yeah, just the longer we

25   wait, the further she may wander afield.

```
1               MS. GARCIA:  No, I understand.  I
2       think that's probably a good initial text.
3       If we want to add anything else, we can
4       always send a follow-up.
5               MR. SEITZ:  Okay.  I'm going to run
6       down the hall now, because I'm in my
7       office, and communicate that to Lauren.
8               (Thereupon, a short recess was taken.)
9               (Thereupon, Ms. Cabeza at this time
10      has joined the Zoom line.)
11              THE VIDEOGRAPHER:  Going back on the
12      record at 12:09 p.m.
13              MR. GERSON:  Okay.  Hi, ma'am.
14      Ms. Vo, how are you?
15              MS. VO:  Good.
16              MR. GERSON:  Okay.  Did you confer
17      with whoever you needed to confer with?
18              MS. VO:  They're not available right
19      now.  I couldn't reach out to them.  So I
20      don't have an answer whether I can share
21      information that I heard in the hallway.
22      But I only heard her make two statements,
23      if you're -- if you really have to subpoena
24      me, of course, and then we can continue
25      that.  But I only heard her make two brief
```

```
1    statements.
2            MR. GERSON:  Where were the
3    statements?
4            MS. VO:  After I get confirmation from
5    management, I can share that with you.
6            MR. GERSON:  So you heard her make two
7    statements?
8            MS. VO:  Correct.  Very brief.
9            MR. GERSON:  Where were you standing
10   when you heard the statements?
11           MS. VO:  I was in my office working on
12   my computer.
13           MR. GERSON:  Was -- was she talking to
14   anyone?
15           MS. VO:  She was talking to someone,
16   yes.  It was a gentleman that was with her
17   that was waiting in the hallway.  I don't
18   know his name.
19           MR. GERSON:  What did he look like?
20           MS. VO:  Tall.
21           MR. GERSON:  Was he white?  African
22   American?  Hispanic?
23           MS. VO:  African American.
24           MR. GERSON:  And now we have Lauren
25   Cabeza, who's entered the video record --
```

1     or is on the -- has now made an appearance

2     on the record -- or made an appearance to

3     the deposition.

4         Lauren, you've been texting with her?

5         MS. CABEZA:  I just asked her -- I

6     just -- I did a group chat, and earlier I

7     asked -- told her that the deposition was

8     not complete, to please go back.  And

9     that's the extent of the communication that

10     I've had with her.

11         MR. GERSON:  Okay.  Well, that was

12     just a minute ago you sent a group text.

13         What about in the last 20 minutes,

14     have you had any text messages with -- or

15     tried to call the witness?

16         MS. CABEZA:  When I called, it went

17     straight to voicemail, so I just texted her

18     and let her know that the deposition wasn't

19     over.  But she is not -- she's not

20     answering the calls.  So I decided to use

21     the group chat to see if she would appear.

22         MR. GERSON:  Are you -- do you have

23     any other contact information for the

24     person that was accompanying her at today's

25     deposition, that Ms. Vo just testified to?

1          MS. CABEZA:  No, I don't know who that

2     is.

3          MR. GERSON:  Do you have other contact

4     information for people who know Ms. Murray?

5          MS. CABEZA:  I do not think so.

6          MR. GERSON:  Let's go off the record

7     for ten minutes, see if she comes back.

8          THE VIDEOGRAPHER:  Going off the

9     record at 12:13 p.m.

10         (Thereupon, a short recess was taken.)

11         THE VIDEOGRAPHER:  Going back on the

12    record at 12:14 p.m.

13         MR. GERSON:  This is Nick Gerson.  We

14    have the -- a representative from the court

15    reporter's office, a Ms. Vo.

16         What was your -- Mary Vo; correct?  Or

17    May.

18         MS. VO:  Correct.  Mary, M-A-R-Y.

19         MR. GERSON:  Mary Vo.  And Ms. Vo

20    observed Ms. Murray have a conversation

21    with another male and made remarks which

22    resulted in her leaving the deposition

23    before the deposition ended.  I've now

24    asked Ms. Murray to tell us what she knows

25    about the conversations and the remarks

1       that she heard and Ms. Vo wants to get

2       permission from her supervisors to tell us.

3       I've suggested that she just tell us now,

4       while we're all here, instead of having to

5       go through a subpoena, scheduling, and

6       doing this on another day.

7            So with that said, if you would,

8       please, it would help us all just get to

9       the bottom of this and would put the issue

10      to rest.

11           MS. VO:   I don't feel comfortable

12      without permission from management.

13           MR. GERSON:   Well -- okay.   If you

14      want to be subpoenaed for deposition, then

15      I guess that's what we'll -- that's what

16      we'll do.

17           MS. VO:   That's fine.   And again, if

18      you want to be on standby, again, I have to

19      get in touch with my management first.

20           MR. GERSON:   I'm fine -- I'm fine

21      waiting.   I'm trying to make this easy.

22      But you know, this is unusual, to say the

23      least.   And if there's information you know

24      about what happened and why, everyone wants

25      to know.

```
 1              MS. VO:  Okay.  Well, I'll update you

 2         when I hear from management.  So I'm going

 3         to go back to my office and make more

 4         calls.

 5              MR. GERSON:  What is the -- what is

 6         the name of the court reporter's office?

 7              MS. VO:  This location is O'Brien &

 8         Levine/Magna.

 9              MR. GERSON:  What's the address?

10              MS. VO:  68 Commercial Wharf, spelled

11         W-H-A-R-F as in Frank, Boston,

12         Massachusetts, ZIP code 02110.

13              MR. GERSON:  Okay.  We'll wait another

14         few minutes.

15              Lauren, have you had any response from

16         the witness to you, personally?

17              MS. CABEZA:  No.

18              MR. GERSON:  (857) 361-9404, that's

19         Sariyah's phone number?

20              MS. CABEZA:  Give me one second.

21              MS. VO:  Lauren, are --

22              MR. SEITZ:  Yeah.

23              MS. CABEZA:  Could you repeat that?

24              MS. VO:  I'm going to head back to my

25         office for a couple minutes, make a couple
```

1         more phone calls.  Be right back.

2               MR. SEITZ:  We have tracked down dad's

3         number, Nick.  We're going to add dad into

4         that text chain advising that his daughter

5         needs to return; unless you object.  I'll

6         also provide you his number.  But you want

7         us to add him in?

8               MR. GERSON:  Yes, that's fine.

9               MR. SEITZ:  Okay.  Because -- okay.

10         So --

11               MS. CABEZA:  I'm starting the new

12         chat, resending the message, because if

13         not, he won't see any of the messages.

14               MR. SEITZ:  All right.  And then

15         Lauren, will you give Nick that number, as

16         well.

17               MS. CABEZA:  The father's number?

18               MR. SEITZ:  Yes.

19               MS. CABEZA:  Yes.  As soon as I send

20         the message.

21               MR. SEITZ:  Oh.  Well, Nick, it will

22         be on the text.

23               MR. GERSON:  Okay.

24               MS. CABEZA:  Nick, just so you know,

25         the -- Sariyah's number is the 857 number

1    and the other number is Mr. Murray, which

2    is 781.

3        MS. VO:  Nicholas, I just want to give

4    you a quick update.  We did get in touch

5    with someone.  They said they're going to

6    check something and they're going to call

7    me right back.

8        MR. GERSON:  Can you just tell me what

9    -- I don't know what you mean.  You got in

10    touch with?

11        MS. VO:  I got in touch with

12    management that they do want to confirm

13    something, and then they're going to give

14    me an answer whether I can --

15        MR. GERSON:  Okay.  I'm not trying to

16    give you a hard time, just so you know.

17        MS. VO:  No, I understand.

18        MR. GERSON:  And no one's -- I'm not

19    saying you did anything wrong.  I just --

20    it's unusual that this happened and you're

21    -- you obviously had some more information,

22    so I just want to know what that

23    information is.

24        MS. VO:  Understood.  It's the first

25    time I got involved like this.

```
1                    MR. GERSON:  I understand.

2                    MS. VO:  So I am going to step back in

3          my office.  But Nicholas, I can give you my

4          cell phone number or the court reporter.

5                    MR. GERSON:  Sure.

6                    MS. VO:  You can text or call me to

7          come back in here.

8                    MR. GERSON:  Go ahead.

9                    MS. VO:  All right.  My cell phone

10         number is (857) 400-1328.

11                   MR. GERSON:  Okay.

12                   MS. VO:  I'll be right back.  I'm

13         going to my office, but I have my cell

14         phone with me.

15                   MR. GERSON:  You're going to -- any

16         idea when you can tell us what the decision

17         is?

18                   MS. VO:  I don't have an approximate

19         time, but we did get someone on the phone

20         and they said they'll call us as soon as

21         possible.

22                   MR. GERSON:  Okay.

23                   MS. VO:  All right.

24                   MR. GERSON:  Bill?

25                   MR. SEITZ:  Yes.
```

1          MR. GERSON:  While I have you here,

2     and Lauren can be a part of this, too,

3     Linda, who is the paralegal, had to take a

4     leave of absence due to a serious medical

5     condition.

6          We can go off the record.  It's fine.

7          MR. SEITZ:  Let me go back to my

8     office, give me two seconds, because I'm

9     just hovering over Lauren's shoulder.

10          THE VIDEOGRAPHER:  Going off the

11     record at 12:31 p.m.

12          (Thereupon, a short recess was taken.)

13          THE VIDEOGRAPHER:  Back on the record

14     at 12:35 p.m.

15          MR. GERSON:  This is Nick Gerson.  It

16     is now 12:40 and I would like to point out

17     that Mr. Seitz completed his direct

18     examination.  In the middle of my

19     cross-examination, there was a break

20     requested.  In the -- when we returned from

21     the break, the witness was overheard by

22     someone by the name of Mary Vo, who works

23     for the court reporting agency, that she

24     was talking to someone and Ms. Murray

25     appeared for a second and then left the

1    deposition.  Mary Vo, there is a record of
2    her testimony, said that she observed
3    Ms. Murray talking to another male that
4    accompanied her to the deposition.  And
5    since then, Ms. Murray left.  Text messages
6    have been sent by Mr. Seitz's office.
7    Apparently they had numbers for her and for
8    her father.  And that's information, I
9    don't believe, that we were ever provided.
10   Nevertheless, the witness -- or one of the
11   people that was contacted via text wrote
12   back that they are done and please don't
13   contact them again.
14        The deposition is not completed.  I
15   was not able to get into any of the
16   questions about the video.  And we will
17   seek appropriate relief with the Court,
18   including potentially striking the
19   deposition in its entirety.
20        So with that said, we're going to give
21   another few minutes for Ms. Vo to tell us
22   whether or not she's going to volunteer the
23   information that she overheard and the
24   circumstances that she knows of about why
25   Ms. Murray left.  And the feedback that

1    we've gotten is that it may require
2    subpoenaing Ms. Vo to tell us what she
3    knows, because apparently she knows more
4    than she wants to disclose due to concerns
5    of violating either some rule of
6    professional responsibility applicable to a
7    -- being a court reporter or some other
8    legal basis that I'm certainly unaware of.
9    And that's all I have to say on that.
10         MR. SEITZ:  Corinne, I think I left
11    off -- what was the last exhibit for
12    defendant's?
13         All right.  So we'll just go ahead
14    and, I guess, mark it as Defendant's 7.
15    I'll take the copy of the text message
16    chain that had Mr. Gerson, Ms. Garcia,
17    Ms. Cabeza, the witness's father and the
18    witness on it.
19         (Thereupon, Defendant's Exhibit No. 7
20    was marked for identification.)
21         MR. SEITZ:  I'll mark that.  I'll put
22    it in a document and send it over and mark
23    it as No. 7, just so we have a record of --
24    of the exchange that Mr. Gerson referred
25    to.

*Jeannie Reporting*
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

```
1                    MS. GARCIA:  Can you also attach the

2             initial text that Lauren sent Sariyah

3             directly before she created the group chat?

4                    MR. SEITZ:  Yes.

5                    MR. GERSON:  All right.  Corinne, can

6             you just do me a favor, so we're not

7             wasting anyone else's time.  Would you mind

8             going to find out from Mary what she

9             intends to do?

10                   Yes, please.

11                   THE VIDEOGRAPHER:  Going off the

12            record at 12:39 p.m.

13                   (Thereupon, a short recess was taken.)

14                   THE VIDEOGRAPHER:  Going back on the

15            record at 12:42 p.m.

16                   MR. GERSON:  Hi, Ms. Vo.  How are you?

17                   MS. VO:  Good.

18                   MR. GERSON:  So what's the decision?

19                   MS. VO:  They have not called back.  I

20            don't know when they're going to call me

21            back.

22                   MR. GERSON:  Okay.  When would be a

23            convenient time for you to appear for a

24            deposition?

25                   MS. VO:  Whenever.  You know, I'm
```

1    reachable by Zoom.  I mean, you'll get 30

2    seconds out of me, so any time.

3         MR. GERSON:  Okay.

4         MS. VO:  Yeah.  The responses were

5    very brief.

6         MR. GERSON:  Okay.  So would you

7    prefer sometime next week?

8         MS. VO:  Yeah, that's fine.

9         MR. GERSON:  Okay.  And --

10        MS. VO:  You could send it to -- you

11   could also CC Jeannie Reporting for the

12   notice, as well.  And then I'll just hop on

13   the Zoom link.

14        MR. GERSON:  Okay.  Seems a little

15   silly that we have to go through this.

16        MS. VO:  Yeah.  I mean, again, I just

17   -- I would have done it for anyone.  I just

18   want confirmation from management.  That's

19   all.  I explained the situation to them,

20   even the comments I've heard.  But we want

21   to double-check too.

22        MR. GERSON:  Is this all on the

23   record?

24        THE VIDEOGRAPHER:  We're still on the

25   record.

1          MR. GERSON:  Was the gentleman on the

2     phone that you saw?

3          MS. VO:  I didn't see him at all.  He

4     was sitting in a chair in our hallway, but

5     I did not see him on a call.

6          MR. GERSON:  And you overheard her

7     from where you were seated?

8          MS. VO:  Yes.  She was talking to the

9     gentleman that came with her.

10         MR. GERSON:  Okay.  Okay.  I guess

11    we'll -- can we just e-mail you the

12    subpoena and the notice?

13         MS. VO:  Yeah.  That's fine.

14         MR. GERSON:  Bill, what would work for

15    you to --

16         MR. SEITZ:  Are you -- Monday I'm

17    open, Tuesday after Susie's depo, I'm open

18    and --

19         MS. VO:  I'm available on Monday, on

20    Presidents' Day.

21         MR. SEITZ:  I'd prefer not Presidents'

22    Day, if we could avoid it.  I mean, I'm

23    open for it, but how about Tuesday or

24    Wednesday after -- Tuesday or Wednesday

25    morning?

```
1              MR. GERSON:  Tuesday -- not Tuesday.
2         It's in -- and we -- that may -- I don't
3         know if that day is actually going to go
4         forward on Tuesday.
5              MR. SEITZ:  How about Wednesday
6         morning?
7              MR. GERSON:  Yeah.  That -- I need to
8         double-check, but it should work.
9         Wednesday the 22nd.
10             MR. SEITZ:  Or the morning of the
11        23rd.
12             MR. GERSON:  Yeah, Wednesday the 22nd
13        looks like it would be fine.
14             Okay.  Mary, I guess I'll see you
15        Wednesday.  We'll e-mail you a subpoena and
16        a notice.  Who should we -- I guess we'll
17        just --
18             MS. VO:  You could send it to Jeannie
19        Reporting.  They have our e-mail address
20        and I'll just log right on.
21             MR. GERSON:  Okay.  Okay.  I mean, I
22        -- you'll agree to accept service, I guess?
23             MS. VO:  Yeah.
24             MR. GERSON:  Okay.
25             MS. VO:  Yeah.  It's just, you know, I
```

```
 1            don't mind giving answer before the end of
 2            the day either.  I just haven't received
 3            that phone call yet.
 4                 MR. GERSON:  Understand.  Well, we
 5            don't want to sit here all day.  At least I
 6            don't, waiting for an answer that we don't
 7            know if we're ever going to get.  So I'll
 8            issue a subpoena.  I'll e-mail it to --
 9            what's your personal e-mail?
10                 MS. VO:  Mary, M-A-R-Y, at Magna,
11            M-A-G-N as in Nancy, A as in apple, L as in
12            Larry, S as in Sam, dot com.
13                 MR. GERSON:  Mary at Magna --
14                 MS. VO:  L-S dot com.
15                 MR. GERSON:  L-S dot com, okay.
16            Okay.  Thank you.
17                 MS. VO:  See you Wednesday morning.
18                 MR. GERSON:  See you Wednesday
19            morning.
20                 And Corinne, we'll be in touch.
21                 Corinne, just do me one favor.  Drop
22            your e-mail address into the -- the chat
23            box, please.
24                 THE VIDEOGRAPHER:  Ready to go off the
25            record?
```

1              Okay.  Going off the record at 12:48

2       p.m.

3              (Thereupon, the deposition was

4       adjourned at 12:48 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Jeannie Reporting*   www.jeanniereporting.com
Your Wish Is Our Job!         305-577-1705

```
1                 CERTIFICATE OF SHORTHAND REPORTER

2

      STATE OF FLORIDA   )
3                         )  SS.
      COUNTY OF           )
4

5             I, Corinne Grassini, Florida
      Professional Reporter, do hereby certify that I was
6     authorized to and did stenographically report
      deposition of SARIYAH MURRAY, that a review of the
      transcript was not requested; and that the
7     foregoing transcript, pages 1 through 113 is a true
      record of my stenographic notes.
8

9             I FURTHER CERTIFY that I am not a
      relative, employee, or attorney, or counsel of any
      of the parties, nor am I a relative or employee of
10    any of the parties' attorney or counsel connected
      with the action, nor am I financially interested in
11    the action.

12            DATED, this 23rd day of February 2023.

13

14

15    _____
      CORINNE GRASSINI
16    Florida Professional Reporter

17

18

19                         CORINNE GRASSINI
                           Commission # HH 292294
20                         Expires November 16, 2026

21

22

23

24

25
```